**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-00186-RBJ

---

MARTIN GALLAN

    Plaintiff,

v.

STEVE BLOOM, an individual; BLOOM BUSINESS JETS, LLC; and AIRCRAFT MAINTENANCE & MANAGEMENT COMPANY dba HAGGAN AVIATION,

    Defendants.

---

## ADVISEMENT TO COURT BY PLAINTIFF OF CHAPTER 13 BANKRUPTCY OF DEFENDANT STEVE BLOOM

---

Plaintiff, Martin Gallan, by and through counsel, GODFREY | JOHNSON, P.C., at the request of this Court, hereby submits this Advisement to Court by Plaintiff of Chapter 13 Bankruptcy of Defendant Steve Bloom.

1. Defendant Bloom filed for Chapter 13 Bankruptcy on March 3, 2017, and Plaintiff received the Notice of Chapter 13 Bankruptcy Case on March 11, 2017. A copy of the Notice is attached hereto as Exhibit A.

2. The remaining Defendants, Bloom Business Jets, LLC and Aircraft Maintenance & Management Company dba Haggan Aviation are listed as co-debtors on Schedule H of Bloom's Bankruptcy Petition. A copy of the Petition is attached hereto as Exhibit B.

3. Until instructed otherwise by the United State Bankruptcy Court for the District of Colorado, Plaintiff will proceed as if this matter is stayed as to all Defendants pursuant to 11 U.S.C. § 362, and in that regard, will either obtain a relief from said bankruptcy stay based upon potentially applicable liability insurance coverage or move to dismiss the bankruptcy debtor from this action so that the action may proceed against the non-bankrupt Defendants.

4. Plaintiff anticipates that the determination of whether the bankruptcy debtor is insured for some or all of the claims asserted against him in this matter will require approximately 30 days. If such insurance is in place, the undersigned contemplates notification to this Court of that status, including whether further proceedings in the bankruptcy court to lift the stay are contemplated, or alternatively, the undersigned will move this Court to dismiss the bankruptcy debtor from the instant action without prejudice.

Respectfully submitted this 4th day of April, 2017.

GODFREY | JOHNSON, P.C.

/s Brett Godfrey
Brett M. Godfrey
Karen Porter
9557 S. Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax: (303) 228-0701
Email: godfrey@gojolaw.com
Email: porter@gojolaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Christopher T. Leach
8001 S. Interport Blvd. #310
Englewood, CO 80112
Email: cleach@carrierelittle.com
*Counsel for Haggan Aviation*


Brad L. Rose
10128A Airport Court
Broomfield, CO 80021
Email: brose@roselawllc.com
*Counsel for Defendants Steve Bloom
and Bloom Business Jets, LLC*

/s Brett Godfrey
Brett M. Godfrey
Karen Porter
9557 S. Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax: (303) 228-0701
Email: godfrey@gojolaw.com
Email: porter@gojolaw.com
*Counsel for Plaintiff*