# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-00186-RBJ

---

MARTIN GALLAN

    Plaintiff,

v.

BLOOM BUSINESS JETS, LLC; and AIRCRAFT MAINTENANCE & MANAGEMENT COMPANY dba HAGGAN AVIATION,

    Defendants.

---

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

---

Plaintiff, Martin Gallan, by and through counsel, GODFREY | JOHNSON, P.C., and pursuant to Fed.R.Civ.P. 55(a), hereby respectfully requests that the Clerk enter default against Defendant Bloom Business Jets, LLC based on its failure to plead or otherwise defend, as required by the Federal Rules of Civil Procedure. This Motion for Entry of Default is supported by an Affidavit filed contemporaneously herewith

Respectfully submitted this 11th day of January, 2018.

                                      GODFREY | JOHNSON, P.C.

                                      /s Karen Porter
                                      Brett M. Godfrey
                                      Karen Porter
                                      9557 S. Kingston Court
                                      Englewood, Colorado 80112
                                      Phone: (303) 228-0700
                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s Karen Porter
Brett M. Godfrey
Karen Porter
9557 S. Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax: (303) 228-0701
Email: godfrey@gojolaw.com
Email: porter@gojolaw.com
*Counsel for Plaintiff*